# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LEONARD MOORE,

     Plaintiff,

vs.                                           CASE NO. 6:07-868-CV-ORL-19UAM

JAL CHEMICAL CO., INC.,
JOHN A. TRICOLI, III,
d/b/a Teph Seal Auto Appearance,

     Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30, filed September 19, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 30) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement Agreement as Stipulated Final Judgment (Doc. No. 27, filed August 21, 2007) is **GRANTED,** and this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this   14th   day of October, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record